COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 March 19, 2015
 No. 10-14-00326-CV
 RONNIE ANDERSON
 v.
 TEXAS DEPARTMENT OF CRIMINAL JUSTICE
 
 
 From the 12[th] District Court
 Walker County, Texas
 Trial Court No. 26514
 
--------------------------------------------------------------------------------
JUDGMENT

 This appeal has been considered by the Court. Because the Court finds that Ronnie Anderson did not comply with the requirements of Chapter 14 of the Texas Civil Practice and Remedies Code, it is the judgment of this Court that the appeal is dismissed as frivolous. 
It is further ordered that the Texas Department of Criminal Justice is awarded judgment against Ronnie Anderson for the Texas Department of Criminal Justice's appellate costs that were paid, if any, by the Texas Department of Criminal Justice; and all unpaid appellate court cost, if any, is taxed against Ronnie Anderson.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK

 By: Nita Whitener 
 Deputy Clerk